**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., d/b/a SPECTRUM,<br><br>Defendant. | Lead Case No. 3:26-cv-00833-SVN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE**

Pending before the Court is Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel and Plaintiffs' Executive Committee (the "Motion"). Based upon the filings and proceedings herein, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

1. The Court APPOINTS Gary M. Klinger of Milberg, PLLC, Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP, and Ashley M. Crooks of Hausfeld LLP as Interim Co-Lead Class Counsel to act on behalf of Plaintiffs and the putative Class.

2. The Court further APPOINTS Gerald D. Wells, III of Lynch Carpenter, LLP to serve as Chair of a Plaintiffs' Executive Committee comprising Linda P. Nussbaum of Nussbaum Law Group, P.C., Andrew W. Ferich of Ahdoot & Wolfson, P.C., and Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP.

**IT IS SO ORDERED**.

DATED: ____________________

________________________________
HONORABLE SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE